McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101-0652
(973) 622-4444

KIRKLAND& ELLIS LLP*
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
*pro hac vice applications to be submitted

Attorneys for Defendants
Connecticut General Life Insurance Company
and Cigna Health and Life Insurance Company
(improperly pleaded CIGNA Insurance Co.)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE ASSOCIATION OF NEW JERSEY CHIROPRACTORS, INC., PETER SCORDILIS, DC & ERIC LOEWRIGKEIT, DC,<br><br>Plaintiffs,<br><br>v.<br><br>DATA ISIGHT, INC., MULTIPLAN,INC, CONNECTICUT GENERAL LIFE INSURANCE CO., CIGNA INSURANCE CO.; AETNA HEALTH INC.; AETNA HEALTH INSURANCE COMPANY, SUCCESSOR BY MERGER TO NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 2:19-CV-21973 (JMV-JBC)<br><br>**APPLICATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE REPLY** |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending the time from January 28, 2020 until February 11, 2020 within which defendants

ME1 32441411v.2

Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (improperly pleaded as CIGNA Insurance Co.) may answer, move or otherwise reply to the Complaint filed by plaintiffs herein and it is represented that:

1. No previous extension has been obtained;

2. Service was effected on defendants Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (improperly pleaded as CIGNA Insurance Co.) on January 7, 2020; and

3. Absent this extension, the time for defendants Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (improperly pleaded as CIGNA Insurance Co.) to answer, move or otherwise reply to the Complaint expires no earlier than January 28, 2020.

        **McCARTER & ENGLISH, LLP**

        By: */s/ Penelope M. Taylor*
            Penelope M. Taylor
            A Member of the Firm

        Joshua B. Simon*
        Warren Haskel*
        Dmitriy Tishyevich*
        KIRKLAND& ELLIS LLP
        601 Lexington Avenue
        New York, NY 10022
        (212) 446-4800
        **pro hac vice applications to be submitted*

        Attorneys for Defendants
        Connecticut General Life Insurance
        Company and Cigna Health and Life
        Insurance Company (improperly pleaded as
        CIGNA Insurance Co.)

DATED: January 22, 2020

# **O R D E R**

The above application is **ORDERED GRANTED.** Defendants Connecticut General Life Insurance Company's and Cigna Health and Life Insurance Company's (improperly pleaded as CIGNA Insurance Co.) time to answer, move or otherwise reply is extended to February 11, 2020.

ORDER DATED _____, 2020.

WILLIAM T. WALSH, Clerk<br>
By:_____<br>
Deputy Clerk