**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Fotini Karamboulis
fotini.karamboulis@ogletree.com

February 19, 2020

**VIA ECF**
Honorable James B. Clark, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building
and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *The Association of New Jersey Chiropractors, Inc. v. Data ISight, Inc., et al.*
    Civ. Action No.:  2:19-cv-21973-JMV-JBC

Dear Judge Clark:

We represent Defendants Aetna Health Insurance Co. and Aetna Health, Inc. ("Defendants") in the above-referenced matter. Defendants make their second request for an extension of time to respond to the Complaint. By Order dated January 24, 2020, Your Honor granted Defendants' first request for an extension of time to respond to the Complaint through February 21, 2020. (ECF No. 8). Plaintiff's counsel consents to a two week extension of time for Defendants to respond to the Complaint through March 6, 2020. This extension will allow Defendants time to properly evaluate Plaintiffs' claims and prepare an appropriate response.

We thank the Court for its time and attention to this matter.

Very truly yours,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*s/ Fotini Karamboulis*

Fotini Karamboulis

cc:   All counsel of record (via ECF)

41859040.1

A South Carolina Professional Corporation ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington