# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Fotini Karamboulis
fotini.karamboulis@ogletree.com

March 12, 2020

**VIA ECF**
Honorable John Michael Vazquez, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building
and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *The Association of New Jersey Chiropractors, Inc. v. Data ISight, Inc., et al.*
            **Civ. Action No.:  2:19-cv-21973-JMV-JBC**

Dear Judge Vazquez:

      We represent Defendants Aetna Health Insurance Co. and Aetna Health, Inc. ("Defendants") in the above-referenced matter. Defendants filed with this Court their motion to dismiss the Complaint in its entirety on March 6, 2020. By way of their notice of motion, Defendants selected April 20, 2020 as the motion day, making Plaintiff's opposition due April 6, 2020, and Defendants' reply due April 13, 2020. However, this Court set Defendants' motion for an earlier motion day – April 6, 2020. (ECF No. 21). Defendants are in receipt of Plaintiff's opposition to Defendants' motion to dismiss the Complaint in its entirety, which was filed with this Court on March 12, 2020. Defendants' reply is currently due March 30, 2020.

      With consent of Plaintiff's counsel, Defendants request an extension of time to file their reply brief in further support of their motion to dismiss through April 13, 2020 – the deadline for reply papers corresponding to the April 20, 2020 motion day selected by Defendants. Given that Defendants' counsel is traveling and will be out of the office during the next two weeks, this extension will allow Defendants time to properly prepare a response to Plaintiff's opposition.

      We thank the Court for its time and attention to this matter.

**A South Carolina Professional Corporation** ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

March 12, 2020
Page 2

        Very truly yours,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        *s/ Fotini Karamboulis*

        Fotini Karamboulis

cc:   All counsel of record (via ECF)

42148491.1